UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00074

**United States of America,**
*Plaintiff,*
v.
**Miles Brosang,**
*Defendant.*

Before BARKER, *District Judge*

### ORDER

On December 27, 2019, defendant was charged by information with willful failure to collect or pay over tax, in violation of 26 U.S.C. § 7202. Doc. 1. Defendant entered into an agreement to plead guilty to that offense, Doc. 10, and consented to have a magistrate judge take his guilty plea. Doc. 9. The plea agreement contains agreed guideline stipulations pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). Magistrate Judge K. Nicole Mitchell conducted a change-of-plea hearing on January 22, 2020, and issued findings and a recommendation that the court accept the guilty plea. At the hearing, the parties waived their right to object to the findings and recommendation. The court now **accepts** the magistrate judge's findings and recommendation and **accepts** defendant's guilty plea and plea agreement.

*So ordered by the court on January 24, 2020.*

J. CAMPBELL BARKER
United States District Judge